McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
JULIE RANEY (SBN 176060)
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax: 916.444.3249

Attorneys for Defendants Interactive Safety Education, Inc. dba Pizza for You Comedians 2; Highway Blues, Inc. dba Great Traffic Safety Classes; Traffic Safety Center, Inc. dba Comedy for Less Traffic School; and Loree Diane Taylor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MAYERS,<br><br>    Plaintiff,<br><br>v.<br><br>LOREE DIANE TAYLOR; HIGHWAY BLUES INC., dba GREAT COMEDY SCHOOL dba GREAT TRAFFIC SAFETY CLASSES; INTERACTIVE SAFETY EDUCATION INC., dba PIZZA FOR YOU COMEDIANS 2; TRAFFIC SAFETY CENTER INC., dba COMEDY FOR LESS TRAFFIC SCHOOL; SHEILA ANN IP, dba SPEED TRAFFIC SCHOOL; ROSALINA L. AVENA, dba ROSY DRIVING AND TRAFFIC SCHOOL; JAMES SUN HUNG CHAN, dba NU TECH DRIVING & TRAFFIC SCHOOL; KEN R. HARRISON; JOSEPH RANDALL, dba FINALLY A GAY TRAFFIC SCHOOL; GEORGE H. APKARIAN, dba FUN N CHEAP COMEDY TRAFFIC SCHOOL; PANYA LEE; A SAFE WAY DRIVING SCHOOL INC., dba A SAFE WAY DRIVING SCHOOL; STEVEN JAMES VERRET; IMPROV TVS INC., dba THE IMPROV TRAFFIC SCHOOL; ROCKY COLOGNE, dba ROCKY COLOGNES COMEDY TRAFFIC SCHOOL; BRUCE L. ELKINS, dba CHEAP SCHOOL; WILLIAM KRUP; PACIFIC SEMINAR TRAFFIC SAFETY, INC., TIMOTHY J. KARO, dba SF BAY TRAFFIC VIOLATOR SCHOOL,<br><br>    Defendants. | Case No. 3:09-CV-00790-EDL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS INTERACTIVE SAFETY EDUCATION, INC. DBA PIZZA FOR YOU COMEDIANS 2, HIGHWAY BLUES, INC. DBA GREAT TRAFFIC SAFETY CLASSES, TRAFFIC SAFETY CENTER, INC. DBA COMEDY FOR LESS TRAFFIC SCHOOL, AND LOREE DIANE TAYLOR TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Steven Mayers and Defendants Interactive Safety Education, Inc. dba Pizza for You Comedians 2; Highway Blues, Inc. dba Great Traffic Safety Classes; Traffic Safety Center, Inc. dba Comedy for Less Traffic School; and Loree Diane Taylor, through their undersigned counsel, that Defendants' time to respond to the complaint filed by Plaintiff in this case, shall be extended thirty (30) days to June 6, 2009.  No previous extensions have been requested by or granted for these Defendants.

DATED: May 6, 2009

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____/s/ Julie Raney_____
JULIE RANEY

Attorneys for Defendants Interactive Safety Education, Inc. dba Pizza for You Comedians 2; Highway Blues, Inc. dba Great Traffic Safety Classes; Traffic Safety Center, Inc. dba Comedy for Less Traffic School; and Loree Diane Taylor

DATED: May 6, 2009

DISABILITY RIGHTS ADVOCATES

By: /s/ Sid Wolinsky (as authorized 5/6/09)
SID WOLINSKY

Attorneys for Plaintiff Steven Mayers

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May  6 , 2009

JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*