1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  JULIE RANEY (SBN 176060)
   500 Capitol Mall, 18th Floor
3  Sacramento, CA 95814
   Phone: 916.444.3900
4  Fax:   916.444.8334

5  Attorneys for Defendants Interactive Safety Education, Inc.
   dba Pizza for You Comedians 2; Highway Blues, Inc. dba
6  Great Traffic Safety Classes; Traffic Safety Center, Inc. dba
   Comedy for Less Traffic School; and Loree Diane Taylor

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11  STEVEN MAYERS,                          )  Case No. 3:09-CV-00790-EDL
                                            )
12                 Plaintiff,               )
                                            )
13       v.                                 )  ORDER
                                            )
14  LOREE DIANE TAYLOR; HIGHWAY             )  **DEFENDANTS' NOTICE OF**
    BLUES INC., dba GREAT COMEDY            )  **REQUEST TO ATTEND CASE**
15  SCHOOL dba GREAT TRAFFIC SAFETY         )  **MANAGEMENT CONFERENCE,**
    CLASSES; INTERACTIVE SAFETY             )  **HEARING ON DEFENDANT**
16  EDUCATION INC., dba PIZZA FOR YOU       )  **WILLIAM KRUPP'S MOTION TO**
    COMEDIANS 2; TRAFFIC SAFETY CENTER      )  **DISMISS AND HEARING ON**
17  INC., dba COMEDY FOR LESS TRAFFIC       )  **DEFENDANT STEVEN VERRET'S**
    SCHOOL; SHEILA ANN IP, dba SPEED        )  **MOTION FOR JUDGMENT ON THE**
18  TRAFFIC SCHOOL; ROSALINA L. AVENA,      )  **PLEADINGS VIA TELEPHONE**
    dba ROSY DRIVING AND TRAFFIC            )
19  SCHOOL; JAMES SUN HUNG CHAN, dba        )  Date:   August 11, 2009
    NU TECH DRIVING & TRAFFIC SCHOOL;       )  Time:   9:00 a.m.
20  KEN R. HARRISON; JOSEPH RANDALL,        )  Dept.:  E
    dba FINALLY A GAY TRAFFIC SCHOOL;       )  Judge:  Elizabeth D. Laporte
21  GEORGE H. APKARIAN, dba FUN N CHEAP     )
    COMEDY TRAFFIC SCHOOL; PANYA LEE;       )
22  A SAFE WAY DRIVING SCHOOL INC., dba     )
    A SAFE WAY DRIVING SCHOOL; STEVEN       )
23  JAMES VERRET; IMPROV TVS INC., dba      )
    THE IMPROV TRAFFIC SCHOOL; ROCKY        )
24  COLOGNE, dba ROCKY COLOGNES             )
    COMEDY TRAFFIC SCHOOL; BRUCE L.         )
25  ELKINS, dba CHEAP SCHOOL; WILLIAM       )
    KRUP; PACIFIC SEMINAR TRAFFIC           )
26  SAFETY, INC., TIMOTHY J. KARO, dba SF   )
    BAY TRAFFIC VIOLATOR SCHOOL,            )
27                                          )
                   Defendants.              )
28  ────────────────────────────────────────
                                1

Defendants, Interactive Safety Education, Inc. dba Pizza for You Comedians 2; Highway Blues, Inc. dba Great Traffic Safety Classes; Traffic Safety Center, Inc. dba Comedy for Less Traffic School; and Loree Diane Taylor, hereby request that they be allowed to attend the Case Management Conference, hearing on Defendant William Krupp's Motion to Dismiss, and hearing on Defendants Improv TVS, Inc. dba The Improv Traffic School, Steven James Verret's Motion for a Judgment on the Pleadings scheduled for August 11, 2009 at 9:00 a.m. via telephone.

DATED: July 14, 2009

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____/s/ Julie Raney_____
JULIE RANEY

Attorneys for Defendants Interactive Safety Education, Inc. dba Pizza for You Comedians 2; Highway Blues, Inc. dba Great Traffic Safety Classes; Traffic Safety Center, Inc. dba Comedy for Less Traffic School; and Loree Diane Taylor

### ORDER

PURSUANT TO THE REQUEST FOR ATTENDANCE VIA TELEPHONE BY DEFENDANTS INTERACTIVE SAFETY EDUCATION, INC. DBA PIZZA FOR YOU COMEDIANS 2; HIGHWAY BLUES, INC. DBA GREAT TRAFFIC SAFETY CLASSES; TRAFFIC SAFETY CENTER, INC. DBA COMEDY FOR LESS TRAFFIC SCHOOL; AND LOREE DIANE TAYLOR, IT IS SO ORDERED.

DATED: July __28__, 2009

_____
JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte