**DRESCHER LAW FIRM**
**ROBERT E. DRESCHER, ESQ., STATE BAR NO. 190886**
**23300 CINEMA DRIVE, SUITE 220**
**VALENCIA, CALIFORNIA 91355**
**TELEPHONE NO.: (661) 260-1149**
**FAX NO.: (661) 702-7985**
Attorneys for Defendants,
Improv TVS, Inc. dba The Improv Traffic School; Steven James Verret; Rocky Cologne, dba Rocky Colognes Comedy Traffic School; Ken R. Harrison; Joseph Randall, dba Finally A Gay Traffic School; George H. Apkarian, dba Fun N Cheap Comedy Traffic School ; Rosalina L. Avena, dba Rosy Driving School; Panya Lee; A Safe Way Driving School, dba A Safe Way Driving School; Timothy J. Karo, dba SF Bay Traffic Violator School; James Sun Hung Chan, dba Nu Tech Driving & Traffic School; and Shiela Ann Ip, dba Speed Traffic School.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MAYERS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>LOREE DIANE TAYLOR; HIGHWAY BLUES INC., dba GREAT COMEDY SCHOOL dba GREAT TRAFFIC SAFETY CLASSES; INTERACTIVE SAFETY EDUCATION INC., dba PIZZA FOR YOU COMEDIANS 2; TRAFFIC SAFETY CENTER INC., dba COMEDY FOR LESS TRAFFIC SCHOOL; SHEILA ANN IP, dba SPEED TRAFFIC SCHOOL; ROSALINA L. AVENA dba ROSY DRIVING AND TRAFFIC SCHOOL; JAMES SUN HUNG CHAN, dba NU TECH DRIVING & TRAFFIC SCHOOL; KEN R. HARRISON; JOSEPH RANDALL, dba FINALLY A GAY TRAFFIC SCHOOL; GEORGE H. APKARIAN, dba FUN N CHEAP COMEDY TRAFFIC SCHOOL PANYA LEE; A SAFE WAY DRIVING SCHOOL INC., dba A SAFE WAY DRIVING SCHOOL; STEVEN JAMES VERRET; IMPROV TVS INC., dba THE IMPROV TRAFFIC SCHOOL; ROCKY COLOGNE, dba ROCKY COLOGNE COMEDY TRAFFIC SCHOOL; BRUCE L. ELKINS, dba CHEAP SCHOOL; WILLIAM KRUP; PACIFIC SEMINAR TRAFFIC | Case No.: CV-09-0790 EDL<br>　　ORDER<br><br>**DEFENDANTS' NOTICE OF REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE, HEARING ON DEFENDANT WILLIAM KRUPP'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)] AND HEARING ON DEFENDANT STEVEN VERRET'S MOTION FOR JUDGMENT ON THE PLEADINGS VIA TELEPHONE**<br><br>Date: August 11, 2009<br>Time: 9:00am<br>Dept. E<br>Judge: Hon. Elizabeth D. Laporte<br><br>Action filed: 2/23/09 |

**DEFENDANTS' NOTICE OF REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE AND HEARINGS VIA TELEPHONE**

- 1

SAFETY, INC.; TIMOTHY J. KARO, dba SF BAY TRAFFIC VIOLATOR SCHOOL
                    Defendants.

**Defendants,** Improv TVS, Inc. dba The Improv Traffic School; Steven James Verret; Rocky Cologne, dba Rocky Colognes Comedy Traffic School; Ken R. Harrison; Joseph Randall, dba Finally A Gay Traffic School; George H. Apkarian, dba Fun N Cheap Comedy Traffic School ; Rosalina L. Avena, dba Rosy Driving School; Panya Lee; A Safe Way Driving School, dba A Safe Way Driving School; Timothy J. Karo, dba SF Bay Traffic Violator School; James Sun Hung Chan, dba Nu Tech Driving & Traffic School; and Shiela Ann Ip, dba Speed Traffic School, hereby request that they be allowed to attend the Case Management Conference, hearing on William Krupp's Motion to Dismiss, and hearing on Defendants Improv TVS, Inc, dba The Improv Traffic School, Steven James Verret's Motion for a Judgment on the Pleadings scheduled for August 11, 2009 at 9:00am via telephone.

Dated: July 20, 2009          DRESCHER LAW FIRM


                    By:_____/s/ Robert E. Drescher_____
                        Robert E. Drescher, Esq.,
                        Attorney for Defendants, Improv TVS, Inc. dba The Improv Traffic School; Steven James Verret; Rocky Cologne, dba Rocky Colognes Comedy Traffic School; Ken R. Harrison; Joseph Randall, dba Finally A Gay Traffic School; George H. Apkarian, dba Fun N Cheap Comedy Traffic School ; Rosalina L. Avena, dba Rosy Driving School; Panya Lee; A Safe Way Driving School, dba A Safe Way Driving School; Timothy J. Karo, dba SF Bay Traffic Violator School; James Sun Hung Chan, dba Nu Tech Driving & Traffic School; and Sheila Ann Ip, dba Speed Traffic School.

DRESCHER LAW FIRM
23300 CINEMA DRIVE, SUITE 220
VALENCIA, CA 91355
PHONE: (661) 260-1149 FAX (661) 702-7985

# ORDER

PURSUANT TO THE REQUEST FOR ATTENDANCE VIA TELEPHONE BY DEFENDANTS IMPROV TVS, INC. DBA THE IMPROV TRAFFIC SCHOOL; STEVEN JAMES VERRET; ROCKY COLOGNE, DBA ROCKY COLOGNES COMEDY TRAFFIC SCHOOL; KEN R. HARRISON; JOSEPH RANDALL, DBA FINALLY A GAY TRAFFIC SCHOOL; GEORGE H. APKARIAN, DBA FUN N CHEAP COMEDY TRAFFIC SCHOOL ; ROSALINA L. AVENA, DBA ROSY DRIVING SCHOOL; PANYA LEE; A SAFE WAY DRIVING SCHOOL, DBA A SAFE WAY DRIVING SCHOOL; TIMOTHY J. KARO, DBA SF BAY TRAFFIC VIOLATOR SCHOOL; JAMES SUN HUNG CHAN, DBA NU TECH DRIVING & TRAFFIC SCHOOL; AND SHEILA ANN IP, DBA SPEED TRAFFIC SCHOOL, IT IS SO ORDERED.

DATED: July __28__, 2009



_____
JUDGE, UNITED STATES DISTRICT COURT