Lesley B. Harris (SBN 124248)
LAW OFFICE OF LESLEY HARRIS
55 River Street, Suite 100
Santa Cruz, CA  95060
Telephone: (831) 458-0502; Fax: (831) 426-0159
Email:  lharris@cruzers.com

Attorney for Defendants
PACIFIC SEMINAR TRAFFIC SAFETY, INC.
and WILLIAM KRUPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MAYERS,<br><br>                              Plaintiff,<br><br>   v.<br><br>LOREE DIANE TAYLOR., et al.,<br><br>                              Defendants. | No. **CV-09-0790 EDL**<br><br>ORDER GRANTING<br><br>**LESLEY HARRIS' REQUEST FOR TELEPHONIC APPEARANCE AT 8/11/09 CASE MANAGAMENT CONFERENCE** |

I represent Defendants PACIFIC SEMINAR TRAFFIC SAFETY, INC. and WILLIAM KRUPP in this matter.  I had intended to appear personally at the September 11, 2009 Case Management Conference because it was scheduled concurrently with the hearing on Defendant William Krupp's Motion to Dismiss which I intended to argue.  Today, however, the Court issued a ruling denying the motion and vacating the hearing.  As the need to appear to argue the motion has been eliminated, I request permission to appear for the CMC by telephone.  My office is located in Santa Cruz, California, 75 miles from the courthouse.

Date:  August 5, 2009                       LAW OFFICE OF LESLEY HARRIS

                                            _____
                                            Lesley B. Harris, Attorney for Defendants
                                            **WILLIAM KRUPP and
                                            PACIFIC SEMINAR TRAFFIC**

_____         DATE: 8/7/09
HARRIS' REQUEST FOR TELEPHONIC APPEARANCE
Case No. **CV  09-0790 EDL**

*[Court stamp: GRANTED — Judge Elizabeth D. Laporte, United States District Court, Northern District of California]*