GIGI M. KNUDTSON (SBN 114993)
MELISSA L. MCDONALD (SBN 202714)
**KNUDTSON & NUTTER LLP**
Attorneys at Law
1620 Lead Hill Blvd., Suite 100
Roseville, California 95661
Telephone: (916) 797-4300
Facsimile: (916) 797-7404
gknudtson@knfirm.com

Attorneys for Defendant
STEVEN JAMES VERRET dba
IMPROV TRAFFIC SCHOOL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MAYER,<br><br>Plaintiff,<br><br>v.<br><br>LOREE DIANE TAYLOR; HIGHWAY BLUES, INC., dba GREAT COMEDY SCHOOL dba GREAT TRAFFIC SAFETY CLASSES; INTERACTIVE SAFETY EDUCATION INC., dba PIZZZA FOR YOU COMEDIANS 2; TRAFFIC SAFETY CENTER INC., dba COMEDY FOR LESS TRAFFIC SCHOOL; SHEILA ANN IP, dba SPEED TRAFFIC SCHOOL; ROSALINA L. AVENA dba ROSY DRIVING AND TRAFFIC SCHOOL; JAMES SUN HUNG CHAN dba NU TECH DRIVING & TRAFFIC SCHOOL; KEN R. HARRISON; JOSEPH RANDALL dba FINALLY A GAY TRAFFIC SCHOOL; GEORGE H. APKARIAN dba FUN N CHEAP COMEDY TRAFFIC SCHOOL; PANYA LEE; A SAFE WAY DRIVING SCHOOL INC., dba A SAFE WAY DRIVING SCHOOL; STEVEN JAMES VERRET; IMPROV TVS INC. dba THE IMPROV TRAFFIC SCHOOL; ROCKY COLOGNE dba ROCKY COLOGNES COMEDY TRAFFIC SCHOOL; BRUCE L. ELKINS, dba CHEAP SCHOOL; WILLIAM KRUP; PACIFIC SEMINAR TRAFFIC SAFETY, INC.; TIMOTHY J. KARO, dba SF BAY TRAFFIC VIOLATOR SCHOOL,<br><br>Defendants. | CASE NO.: CV 09 0790<br><br>**NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT STEVEN JAMES VERRET dba IMPROV TRAFFIC SCHOOL** |

- 1 -

*Mayers v. Taylor, et al.*
Notice of Change of Counsel for Defendant Verret

PLEASE TAKE NOTICE that Defendant STEVEN JAMES VERRET dba IMPROV TRAFFIC SCHOOL hereby substitutes GIGI M. KNUDTSON, KNUDTSON & NUTTER, LLP, 1620 Lead Hill Blvd., Suite 100, Roseville, CA 95661, telephone (916) 797-4300, as attorneys of record in place of ROBERT DRESCHER, LAW OFFICES OF ROBERT DRESCHER.

I consent to the above substitution.

Dated: September 18, 2009

By: /s/ Steven J. Verret
STEVEN JAMES VERRET
Individually and dba IMPROV TRAFFIC SCHOOL

I consent to the above substitution.

Dated: September 14, 2009    LAW OFFICE OF ROBERT DRESCHER

By /s/ Robert E. Drescher
ROBERT DRESCHER
Attorneys for Defendants

I accept the above substitution.

Dated: September 24, 2009    KNUDTSON & NUTTER LLP

By /s/ Gigi M. Knudtson
GIGI M. KNUDTSON
Attorneys for Defendant
STEVEN JAMES VERRET
dba IMPROV TRAFFIC SCHOOL

IT IS SO ORDERED

Dated: September 29, 2009

ELIZABETH
United States

*IT IS SO ORDERED*
[Signature]
Judge Elizabeth D. Laporte

- 2 -

Knudtson & Nutter LLP
1620 LEAD HILL BOULEVARD, SUITE 100
ROSEVILLE, CALIFORNIA 95661
(916) 797-4300 TELEPHONE
(916) 797-7404 FACSIMILE

## **DECLARATION OF GIGI M. KNUDTSON**

In support of this Change of Counsel, I, GIGI M. KNUDTSON, declare as follows:

1. Original signatures to the attached document have been obtained from the signatories, and are contained in my file. These signatures can be produced to the court or any other parties upon request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of September, at Roseville, California.

                                              /s/ *Gigi M. Knudtson*
                                              GIGI M. KNUDTSON

*Mayers v. Taylor, et al.*
Notice of Change of Counsel for Defendant Verret