UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MAYERS, | No. C-09-0790 EDL (EMC) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| LOREE DIANE TAYLOR, *et al.*, | |
| Defendants. | **(Docket No. 94)** |

By Application filed October 22, 2009 (*see* Docket No. 94), GARY ALEKSINTSER (aka "ALEXANDER"), president and principal shareholder of Defendant IMPROV TVS, INC., requested to be excused from personally appearing at the settlement conference scheduled for November 5, 2009. Plaintiff did not oppose Defendant's request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ordered that GARY ALEKSINTSER be available by telephone from 9:30 a.m. Pacific Time until further notice on November 5, 2009.

///
///
///
///
///
///
///

If the Court concludes that the absence of Defendant GARY ALEKSINTSER is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendant GARY ALEKSINTSER.

This order disposes of Docket No. 94.

IT IS SO ORDERED.

Dated: October 29, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge