IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MAYERS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOREE DIANE TAYLOR, et al.,<br><br>　　　　　Defendants. | Case No.: CV 09 0790 EDL (EMC)<br><br>[PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WILLIAM KRUPP AND PACIFIC SEMINAR TRAFFIC SAFETY, INC.<br><br>Judge: Hon. Elizabeth D. Laporte<br><br>Action Filed: February 23, 2009 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and upon the request of Plaintiff Steven Mayers, the Court hereby orders all claims in the First Amended Complaint against Defendants William Krupp and Pacific Seminar Traffic Safety, Inc. dismissed with prejudice.

DATED: January 21, 2010 _____

*[signature]*
_____
Hon. ELIZABETH D. LAPORTE
United States Magistrate Judge

*Sidebar:* DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

---

*Mayers v. Taylor, et al.*, Case No. CV 09-0790 EDL (EMC)
Order Dismissing with Prejudice Claims Against Defendants William Krupp and Pacific Seminar Traffic Safety, Inc.