IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MAYERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LOREE DIANE TAYLOR, et al.,<br><br>　　　　Defendants. | Case No.: CV 09 0790 EDL (EMC)<br><br>**[PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS LOREE DIANE TAYLOR, HIGHWAY BLUES INC. dba GREAT COMEDY SCHOOL dba GREAT TRAFFIC SAFETY CLASSES, INTERACTIVE SAFETY EDUCATION INC. dba PIZZA FOR YOU COMEDIANS 2, TRAFFIC SAFETY CENTER INC. dba COMEDY FOR LESS TRAFFIC SCHOOL**<br><br>Judge:  Hon. Elizabeth D. Laporte<br><br>Action Filed:  February 23, 2009 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and upon the request of Plaintiff Steven Mayers, the Court hereby orders all claims in the First Amended Complaint against Defendants Loree Diane Taylor, Highway Blues Inc. dba Great Comedy School dba Great Traffic Safety Classes, Interactive Safety Education Inc. dba Pizza for You Comedians 2, and Traffic Safety Center Inc. dba Comedy for Less Traffic School dismissed with prejudice.

DATED: ___February 17, 2010___

_____
Hon. ELIZABETH D. LAPORTE
United States Magistrate Judge

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644