DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MAYERS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOREE DIANE TAYLOR, et al.,<br><br>　　　　　Defendants. | Case No.: CV 09 0790 EDL (EMC)<br><br>**[PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS STEVEN JAMES VERRET AND IMPROV TVS, INC. dba THE IMPROV TRAFFIC SCHOOL**<br><br>Judge:  Hon. Elizabeth D. Laporte<br><br>Action Filed:  February 23, 2009 |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(2), and upon the request of Plaintiff Steven Mayers, the Court hereby orders all claims in the First Amended Complaint against Defendants Steven James Verret and Improv TVS, Inc. dba The Improv Traffic School dismissed with prejudice.

DATED:  February 19, 2010

　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　Hon. ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

*Mayers v. Taylor, et al.*, **Case No. CV 09-0790 EDL (EMC)**
**[Proposed] Order Dismissing with Prejudice Plaintiff's Claims Against Defendants Steven James Verret and Improv TVS, Inc. dba The Improv Traffic School**