IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MAYERS,<br><br>    Plaintiff,<br><br>v.<br><br>LOREE DIANE TAYLOR, et al.,<br><br>    Defendants. | Case No.: CV 09 0790 EDL (EMC)<br><br>[PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS ROSALINA AVENA dba ROSY DRIVING SCHOOL, TIMOTHY J. KARO dba SF BAY TRAFFIC VIOLATOR SCHOOL, JAMES SUN HUNG CHAN dba NU TECH DRIVING & TRAFFIC SCHOOL, AND SHEILA ANN IP dba SPEED TRAFFIC SCHOOL<br><br>Judge: Hon. Elizabeth D. Laporte<br><br>Action Filed:  February 23, 2009 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and upon the request of Plaintiff Steven Mayers, the Court hereby orders all claims in the First Amended Complaint against Defendants Rosalina Avena dba Rosy Driving School, Timothy J. Karo dba SF Bay Traffic Violator School, James Sun Hung Chan dba Nu Tech Driving & Traffic School, and Sheila Ann Ip dba Speed Traffic School dismissed with prejudice.

DATED: March 11, 2010

*Elizabeth D. Laporte*
Hon. ELIZABETH D. LAPORTE
United States Magistrate Judge

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644